No. 03–9751. IN RE BELLON. Petition for writ of mandamus and/or prohibition denied.

No. 03–10175. IN RE MORRISON. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.

No. 02–1672. JACKSON *v.* BIRMINGHAM BOARD OF EDUCATION. C. A. 11th Cir. Certiorari granted.

No. 03–1423. MUEHLER ET AL. *v.* MENA. C. A. 9th Cir. Motion of Police Officers Research Association of California Legal Defense Fund for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 03–8661. SMITH *v.* MASSACHUSETTS. App. Ct. Mass. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 03–201. CLAYTON HOSPITALITY GROUP, INC. *v.* ORANGE COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1159. SKWIRA, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF SKWIRA, ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–1281. TOWN OF ISLIP, NEW YORK, ET AL. *v.* NORTON. C. A. 2d Cir. Certiorari denied.